# UNITED STATES DISTRICT COURT
for the

District of Colorado

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| BRIAN BROOKS ) | Case No:   05-cr-00087-PAB-01 |
| ) | USM No:   33293-013 |
| Date of Previous Judgment:  May 23, 2008 ) | Raymond P. Moore, FPD |
| *(Use Date of Last Amended Judgment if Applicable)* ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of   **X** the defendant   ❒ the Director of the Bureau of Prisons   ❒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

❒ DENIED.   **X** GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of   151 months   as to Count Two **is reduced to** 120 months   as to each of Counts One and Two, to be served concurrently.

**I. COURT DETERMINATION OF GUIDELINE RANGE** *(Prior to Any Departures)*

| | | | | |
|---|---|---|---|---|
| Previous Offense Level: | 29 | Amended Offense Level: | 25 | |
| Criminal History Category: | VI | Criminal History Category: | VI | |
| Previous Guideline Range: | 151 to 188 months | Amended Guideline Range: | 120 to 137 months | |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**

**X** The reduced sentence is within the amended guideline range.
❒ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
❒ Other *(explain)*:

**III. ADDITIONAL COMMENTS**


Except as provided above, all provisions of the judgment dated   August 22, 2005,   shall remain in effect.
**IT IS SO ORDERED**.

Order Date:   November 22, 2011          s/Philip A. Brimmer
                                                                              *Judge's signature*

Effective Date:                                    Philip A. Brimmer, United States District Judge
    *(if different from order date)*                                  *Printed name and title*